## N. Y. COMMON PLEAS.

### WM. B. ASTOR agt. RACHEL PALACHE.

*Extra allowance under section 309 of the Code.*

An offer to allow judgment under section 385 of the Code in a mortgage foreclosure suit, will cut off the plaintiff's right to an extra allowance under section 309 of the Code.

A tender will not cut off the right to such allowance, the statute applying only to actions at law.

*Special Term, May,* 1875.

APPLICATION for extra allowance, under section 309 of Code, in foreclosure suits.

J. F. DALY, *J.* — An offer to allow judgment under section 385 of the Code may be made in an action to foreclose a mortgage on real property (*Bettis* agt. *Goodwill,* 32 *How. Pr. R.,* 137; *Penfield* agt. *James,* 56 *N. Y.,* 659); and such an offer will cut off the plaintiff's right to an extra allowance under section 309 of the Code (*Penfield* agt. *James,* 56 *N. Y.,* 659). The offer must be in writing, and made at least ten days before the trial or verdict (*Pomeroy* agt. *Hulin,* 7 *How. Pr. R.,* 161; *Walker* agt. *Johnson,* 8 *id.,* 240). In the present case defendant served no written offer, but made a tender of the amount due on the mortgage, with costs to date, while the reference to compute amount due is pending. A tender will not cut off the right to an extra allowance under section 309 of the Code in a foreclosure suit, the statute applying only to actions at law (2 *R. S.,* 553; *N. Y. Fire Co.* agt. *Burrell,* 9 *How. Pr. R.,* 398; *Barton* agt. *Cleveland,* 16 *id.,* 364).

On the merits of plaintiff's application for an extra allowance: The plaintiff is certainly entitled to an allowance, a great part of the labor for which it was intended to be compensation having been performed. As, in respect of the other allowance (*sec.* 308 *of the Code*), a difference of one-half in the amount allowed is made in cases where the action is settled before judgment, there would seem to be reason for making a distinction on that ground in this case; and I therefore order an extra allowance of one and a quarter per cent, under section 309 of the Code, on the whole amount of principal and interest; this being in addition to the half rates allowed by section 308.